UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-1335
(1:08-cv-00827-GBL-JFA)

_____

SUHAIL NAJIM ABDULLAH AL SHIMARI; TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-ZUBA'E; SALAH HASAN NUSAIF JASIM AL-EJAILI,

    Plaintiffs - Appellees

v.

CACI INTERNATIONAL, INCORPORATED; CACI PREMIER TECHNOLOGY, INCORPORATED,

    Defendants - Appellants

---------------------------------

KELLOGG BROWN & ROOT SERVICES, INCORPORATED

    Amicus Supporting Appellant

_____

O R D E R

_____

    A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

    IT IS ORDERED that rehearing en banc is granted. The clerk will set a briefing schedule requiring the filing of new briefs following grant of rehearing

and schedule the case for en banc argument at the court's January 24-27, 2012, oral argument session.

                                        For the Court

                                        /s/ Patricia S. Connor, Clerk