FILED: November 15, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-1335
(1:08-cv-00827-GBL-JFA)

_____

SUHAIL NAJIM ABDULLAH AL SHIMARI; TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-ZUBA'E; SALAH HASAN NUSAIF JASIM AL-EJAILI,

      Plaintiffs – Appellees,

  v.

CACI INTERNATIONAL, INCORPORATED; CACI PREMIER TECHNOLOGY, INCORPORATED,

      Defendants – Appellants,

--------------------------------

KELLOGG BROWN & ROOT SERVICES, INCORPORATED,

      Amicus Supporting Appellant.

_____

No. 09-1891
(8:08-cv-01696-PJM)

_____

WISSAM ABDULLATEFF SA' AL-QURAISHI,

      Plaintiff – Appellee,

v.

L-3 SERVICES, INCORPORATED,

       Defendant – Appellant,

and

ADEL NAKHLA; CACI INTERNATIONAL, INCORPORATED; CACI PREMIER TECHNOLOGY, INCORPORATED,

       Defendants,

------------------------------

EARTHRIGHTS INTERNATIONAL,

       Amicus Supporting Appellee.

---

No. 10-1921
(8:08-cv-01696-PJM)

---

WISSAM ABDULLATEFF SA' AL-QURAISHI,

       Plaintiff – Appellee,

v.

ADEL NAKHLA,

       Defendant – Appellant,

and

L-3 SERVICES, INCORPORATED; CACI INTERNATIONAL,

INCORPORATED; CACI PREMIER TECHNOLOGY, INCORPORATED,

    Defendants.

_____

O R D E R

_____

  The court directs that these cases be consolidated for oral argument, which is scheduled for January 27, 2012 at 8:30 a.m. Each side will be permitted 30 minutes of argument time and should be prepared to address jurisdictional as well as merits issues.

            For the Court

            /s/ Patricia S. Connor, Clerk